UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTEL, INC.,

                Plaintiff,

- against -

WOLFGANG WIND D/B/A TRANSCONTINENTAL,

                Defendant.

07 Civ. 2422 (JGK)

MEMORANDUM OPINION
AND ORDER

JOHN G. KOELTL, District Judge:

    The Court directs that the attached Amended Judgment be entered. The Court has stricken the portion of the Amended Judgment awarding the plaintiff $5,600, representing a contempt sanction of $800 per month for each month from May 2008 until November 2008. Contrary to the Court's prior order, the plaintiff is entitled to civil contempt remedies to compel compliance with the Court's orders only on a prospective basis. See Weitzman v. Stein, 98 F.3d 717, 719 (2d Cir. 1996). The purpose of the civil contempt sanction is to coerce future compliance with the Court's order.

    The Court has also determined that only the Second, Fourth, Fifth, and Sixth decretal paragraphs of the original Final Judgment and Permanent Injunction By Consent, dated January 4, 2008, should be stricken.

SO ORDERED.

Dated: New York, New York
      December 4, 2008

                                            John G. Koeltl
                                      United States District Judge

ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-8-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

MATTEL, INC.,                      :

            Plaintiff,             :

     - against -                   :    07 Civ. 2422 (JGK)

WOLFGANG WIND D/B/A                :
TRANSCONTINENTAL,
                                   :
            Defendant.
                                   :
- - - - - - - - - - - - - - - - - x

AMENDED JUDGMENT

Upon the Amended memorandum opinion and order dated December 5, 2008, ~~entered in this action on November 24, 2008~~, that granted plaintiff's motion (i) to enforce the final judgment and permanent injunction by consent dated January 4, 2008, and (ii) to adjudge defendant Wolfgang Wind in contempt, it is hereby

ORDERED, ADJUDGED and DECREED that an amended judgment is hereby entered in favor of plaintiff against defendant Wolfgang Wind in the amount of $16,000 ~~$21,600 representing (i) $16,000~~ which remains unpaid from the January 4, 2008, final judgment and permanent injunction by consent; and ~~(ii) $5,600 representing a contempt sanction of $800 per month for each month from May 2008 until November 2008~~; and it is further

ORDERED, ADJUDGED and DECREED that, as a contempt sanction, judgment is hereby entered in favor of plaintiff and against defendant Wolfgang Wing for an additional $800 per month, on the first of each month, beginning ~~December~~ January 1, ~~2008~~ 2009, until this amended judgment is satisfied; and it is further

ORDERED, ADJUDGED and DECREED that the Second, Fourth, Fifth, and Sixth decretal paragraphs of the final judgment and permanent injunction by consent dated January 4, 2008, ~~other than the first and third decretal paragraphs~~, are hereby vacated; and it is further

ORDERED, ADJUDGED and DECREED that the Court shall retain jurisdiction in this action to enforce the first and third decretal paragraphs of the final judgment and permanent injunction by consent entered in this action on January 4, 2008, and the terms of this amended judgment.

Dated: New York, New York
       ~~November __,~~ 2008
       December 5,

_____
John G. Koeltl
United States District Judge

THIS DOCUMENT WAS ENTERED
THE DOCKET ON _____

2